UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-87 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MICHAEL THOMAS MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:    Possession with Intent to Distribute Ecstacy; Importation of Ecstacy

<u>Date of Detention Hearing</u>:    February 22, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with the above-listed drug offenses. The maximum penalty of these offenses is in excess of ten years. There is therefore a rebuttable presumption

DETENTION ORDER                                                                                   15.13
18 U.S.C. § 3142(i)                                                                              Rev. 1/91
PAGE 1

against defendant as to both dangerousness and flight risk, under 18 U.S. C. §3142(e).

2. Defendant is a United States citizen living in Canada since 1983. His wife and his children from another marriage reside in Canada. Defendant allegedly admits to current use of marijuana and cocaine. The AUSA proffers that he admitted to border agents to making substantial amounts of money from selling ecstacy in the last few years. Defendant's criminal record includes one failure to appear on a misdemeanor charge in Golden, Colorado. The defendant proffers that the warrant was issued for failure to attend an alcohol evaluation.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 2

01  counsel for the defendant, to the United States Marshal, and to the United States

02  Pretrial Services Officer.

03  DATED this <u>22nd</u> day of February, 2007.

04

05  Mary Alice Theiler
    United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 3